1
2  Alan Himmelfarb (# 90480)
   LAW OFFICES OF ALAN HIMMELFARB
3  2757 Leonis Blvd.                              *E-FILED 6/13/06*
   Los Angeles, CA 90058
4  Tel:  (323) 585-8696
   Fax:  (323) 585-8198
5
6  One of Attorneys for Plaintiffs

7
   [Other counsel for the parties
8  listed on signature pages]

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12 In re HEWLETT-PACKARD CO.          )  Case No. C 06-1221-RS
   POWER-PLUG LITIGATION              )
13                                    )  STIPULATION EXTENDING TIME
                                      )  FOR FILING OF CONSOLIDATED
14                                    )  COMPLAINT
                                      )   AND ORDER THEREON
15                                    )
                                      )
16                                    )
                                      )
17
            On April 25, 2006 this Court entered Case Management Order 1 ("CMO 1") in the above-
18
   caption litigation.  CMO 1 provided, inter alia, that a consolidated complaint would be filed by
19
   plaintiffs within 40 days.
20
            Plaintiff, by his attorneys Kamber & Associates, LLC, and Hewlett-Packard Co., by its
21
   attorneys Morgan, Lewis & Bockius LLP, do hereby stipulate that Plaintiffs shall have up to and
22
   including July 24, 2006 to file a consolidated complaint.  No other dates set forth in the CMO are
23
   modified and the filing of this Stipulation is without prejudice to the right of either Party to request
24
   reassignment from the magistrate judge to a federal district court judge prior to the first case
25
   management conference.
26
            This is the first extension of time regarding the filing of the consolidated complaint.
27 ////
28 ////

1

2      **IT IS SO STIPULATED.**

3
       *Defendants*                              *Plaintiffs*
4

5      MORGAN, LEWIS & BOCKIUS LLP      KAMBER & ASSOCIATES, LLC

6      By:  /s Howard Holderness   June 12, 2006     By: /s Scott A. Kamber      June 12, 2006
           Howard Holderness        Date              Scott A. Kamber           Date
7          Thomas R. Green                          19 Fulton St., Ste. 400
8      One Market Plaza                             New York, NY 10038
       Spear Street Tower                           Tel:  (877) 773-5469
9      San Francisco, CA 94105                      Fax:  (212) 202-6364
10     Tel:  (415) 442-1000
       Fax:  (415) 442-1001                         FARUQI & FARUQI
11     MORGAN, LEWIS & BOCKIUS LLP                    Nadeem Faruqi
       Michael J. Holston                             Antonio Vozzolo
12     John F. Schultz                              320 East 39th St.
13     1701 Market St.                              New York, NY 10016
       Philadelphia, PA 19103                       Tel:  (212) 983-9330
14     Tel:  (215) 963-5385                         Fax:  (212) 983-9331
15     Fax:  (215) 963-5001

16     *Counsel for Hewlett-Packard Company*        LAW OFFICES OF
                                                      CLIFFORD A. CANTOR, P.C.
17
18                                                  627 208th Ave. SE
                                                    Sammamish, WA 98074-7033
19                                                  Tel:  (425) 868-7813
                                                    Fax:  (425) 868-7870
20
21                                                  *Co-Lead Counsel For Plaintiffs*

22

23

24

25

26

27

28

**ORDER**

**IT IS SO ORDERED.**

Dated:_____June 13_____, 2006.

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT