**\*E-FILED\***
**July 17, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HEWLETT-PACKARD CO. POWER-PLUG LITITGATION _____ / | No. C 06-01221 RS<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter currently set for July 19, 2006 at 2:30 p.m. is continued to **August 23, 2006 at 2:30 p.m.**

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than August 16, 2006.

All deadlines in this action shall be extended by thirty (30) days.

Dated: July 17, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Clifford A. Cantor      cacantor@comcast.net

Thomas R. Green       tgreen@morganlewis.com

Alan Himmelfarb       Consumerlaw1@earthlink.net

Howard Holderness      hholderness@morganlewis.com, cgreenblatt@morganlewis.com

Michael J. Holston      mholston@morganlewis.com,

Scott A Kamber       skamber@kolaw.com, drubin@kolaw.com

Alan R. Plutzik      aplutzik@bramsonplutzik.com

John F. Schultz       john.schultz@morganlewis.com, jminio@morganlewis.com

Dated: July 17, 2006

                                      /s/ BAK
                                      Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California