Thomas D. Mauriello
LAW OFFICES OF
   THOMAS D. MAURIELLO
100 Pine Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 677-1238
Fax: (415) 677-1233

*E-FILED 8/18/06*

*Co-Liaison Counsel for Plaintiffs*

[Other counsel for the parties listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HEWLETT-PACKARD POWER CONNECTOR LITIGATION | Case No. C 06-1221-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT** |

Plaintiffs and Defendants submit the following stipulation requesting continuance for 30 days of all deadlines and hearings in this action, as set forth below.

WHEREAS, on April 25, 2006, the Court entered a Case Management Order providing that a consolidated complaint be filed within 40 days thereof;

WHEREAS, the Court previously scheduled a status or Case Management Conference to be held on July 19, 2006, at 2:30 p.m.;

WHEREAS, on June 13, 2006, the Court entered an Order extending the deadline to file a consolidated complaint up to and including July 24, 2006;

WHEREAS, on July 17, 2006, the Court entered an Order extending all deadlines by thirty (30) days, continuing the status conference to August 23, 2006, and ordering the parties to make a determination as to consent to the jurisdiction of the Magistrate Judge by August 16, 2006; and

WHEREAS, counsel for the respective parties have conferred at length over various procedural and discovery issues and agree that it is in the best interest of the respective parties, and in the interest of the fair administration of justice, efficiency, and judicial economy that all deadlines and hearings in this action be extended for an additional 30 days; and good cause appearing therefor;

**The PARTIES, through their counsel, STIPULATE** that all deadlines and hearings in this action, including the status conference scheduled for August 23, 2006, at 2:30 p.m. and the August 16, 2006 deadline for consent to the jurisdiction of the Magistrate Judge, shall be extended for at least 30 days; and the parties request that the Court so order.

DATED:  August 17, 2006

**IT IS SO STIPULATED.**

| *Defendants* | *Plaintiffs* |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | LAW OFFICES OF<br>   THOMAS D. MAURIELLO |
| By: /s/ Howard Holderness<br>     Thomas R. Green<br>One Market Plaza<br>Spear Street Tower<br>San Francisco, CA 94105<br>Tel:  (415) 442-1000<br>Fax:  (415) 442-1001 | By: /s/     Thomas D. Mauriello<br>100 Pine Street, Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 677-1238<br>Fax: (415) 677-1233 |
| Michael J. Holston<br>John F. Schultz<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market St.<br>Philadelphia, PA 19103<br>Tel:  (215) 963-5385<br>Fax:  (215) 963-5001 | Alan R. Plutzik<br>BRAMSON, PLUTZIK, MAHLER<br>   & BIRKHAEUSER LLP<br>2125 Oak Grove Rd., Ste. 120<br>Walnut Creek, CA 94598<br>Tel:  (925) 945-0200<br>Fax:  (925) 945-8792 |
| *Counsel for Hewlett-Packard Company* | *Co-Liaison for Plaintiffs*<br><br>Scott Kamber<br>KAMBER & ASSOCIATES, LLC<br>19 Fulton St., Ste. 400<br>New York, NY 10038<br>Tel:  (877) 773-5469<br>Fax:  (212) 202-6364 |

| | |
|---|---|
| 1 | Clifford Cantor |
| | LAW OFFICES OF |
| 2 |    CLIFFORD A. CANTOR, P.C. |
| | 627 208th Ave. SE |
| 3 | Sammamish, WA 98074-7033 |
| | Tel:  (425) 868-7813 |
| 4 | Fax:  (425) 868-7870 |

Nadeem Faruqi
Antonio Vozzolo
FARUQI & FARUQI
320 East 39th St.
New York, NY 10016
Tel:  (212) 983-9330
Fax:  (212) 983-9331

*Co-Lead Counsel for Plaintiffs*

\*   \*   \*   \*   \*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Thomas D. Mauriello, attest that concurrence in the filing of this document has been obtained from all other signatory firms.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 17th day of August, 2006 at San Francisco, California.

By: /s/      Thomas D. Mauriello

**ORDER**

**IT IS ORDERED AS FOLLOWS.**

    1.    The status conference heretofore scheduled for August 23, 2006 at 2:30 p.m. in this matter shall be continued to  October 4 , 2006, at  2:30  p.m., in Courtroom  4  of this Court, 280 South First Street, San Jose, California 95113.

    2.    All deadlines in this action shall be extended by 30 days.

Dated: August 18 , 2006.

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT

- 3 -

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT