**United States District Court**
For the Northern District of California

***E-FILED***
**September 26, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HEWLETT-PACKARD CO. POWER-PLUG LITIGATION  _____/ | No. C 06-01221 RS  **ORDER CONTINUING STATUS CONFERENCE** |

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter currently set for October 4, 2006 at 2:30 p.m. is continued to **November 22, 2006 at 2:30 p.m.**

All deadlines in this action shall be extended by forty-five (45) days.

Dated: September 26, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Clifford A. Cantor     cacantor@comcast.net

Thomas R. Green     tgreen@morganlewis.com

Alan Himmelfarb     Consumerlaw1@earthlink.net

Howard Holderness     hholderness@morganlewis.com, cgreenblatt@morganlewis.com

Michael J. Holston     mholston@morganlewis.com,

Scott A Kamber     skamber@kolaw.com, drubin@kolaw.com

Alan R. Plutzik     aplutzik@bramsonplutzik.com

John F. Schultz     john.schultz@morganlewis.com, jminio@morganlewis.com

Dated: September 26, 2006

   /s/ BAK
Chambers of Magistrate Judge Richard Seeborg