BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
ALAN R. PLUTZIK
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

*E-FILED 11/3/06*

*Co-Liaison Counsel for Plaintiffs*

[Other counsel for the parties
listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE HEWLETT-PACKARD POWER
CONNECTOR LITIGATION

Case No. C 06-1221-RS

**CORRECTED STIPULATION AND
[PROPOSED] ORDER RE: SCHEDULING**

## STIPULATION

Plaintiffs and Defendants submit the following stipulation requesting an extension of all deadlines in this litigation, as set forth below.

WHEREAS, on April 25, 2006, the Court entered a Case Management Order 1 ("CMO1") providing that a consolidated complaint be filed within 40 days thereof; and

WHEREAS, on June 13, 2006, the Court entered an Order extending the deadline to file a consolidated complaint up to an including July 24, 2006; and

WHEREAS, on July 17, 2006, the Court entered an Order extending all deadlines in the litigation for an additional 30 days; and

WHEREAS, on August 18, 2006, the Court entered an Order extending all deadlines in the litigation for an additional thirty days, as a result of which the filing of the Consolidated Amended Complaint would be due on September 22, 2006; and

WHEREAS, on September 26, 2006, the Court entered an Order extending all deadlines in the litigation for an additional forty-five days, as a result of which the filing of the Consolidated Amended

- 1 -

Complaint would be due on November 6, 2006, and setting a Case Management Conference for November 22, 2006; and

WHEREAS, counsel for the respective parties have conferred over various procedural and discovery issues and agree that it is in the best interest of the respective parties, and in the interest of the fair administration of justice, efficiency and judicial economy that all deadlines in the litigation be extended for an additional 45 days; and good cause appearing therefor,

**The PARTIES, through their counsel, STIPULATE as follows:**

1. That all deadlines in this litigation shall be extended by an additional 45 days; and

2. That the Case Management Conference heretofore scheduled for November 22, 2006 be rescheduled.

DATED:  November 2, 2006

**IT IS SO STIPULATED.**

| *Defendants* | *Plaintiffs* |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP |
| By:  /s/ Howard Holderness | By: /s/     Alan R. Plutzik |
| Howard Holderness | Alan R. Plutzik |
| Thomas R. Green | 2125 Oak Grove Rd., Ste. 120 |
| One Market Plaza | Walnut Creek, CA 94598 |
| Spear Street Tower | Tel:  (925) 945-0200 |
| San Francisco, CA 94105 | Fax:  (925) 945-8792 |
| Tel:  (415) 442-1000 | |
| Fax:  (415) 442-1001 | |
| | Thomas D. Mauriello |
| Michael J. Holston | LAW OFFICES OF |
| John F. Schultz | THOMAS D. MAURIELLO |
| MORGAN, LEWIS & BOCKIUS LLP | 100 Pine Street, Suite 3200 |
| 1701 Market St. | San Francisco, CA 94111 |
| Philadelphia, PA 19103 | Tel: (415) 677-1238 |
| Tel:  (215) 963-5385 | Fax: (415) 677-1233 |
| Fax: (215) 963-5001 | |
| | *Co-Liaison for Plaintiffs* |
| *Counsel for Hewlett-Packard Company* | |

CORRECTED STIPULATION AND [PROPOSED] ORDER RE SCHEDULING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Nadeem Faruqi
Antonio Vozzolo
FARUQI & FARUQI
320 East 39th St.
New York, NY 10016
Tel:  (212) 983-9330
Fax:  (212) 983-9331

Scott Kamber
KAMBER & ASSOCIATES, LLC
19 Fulton St., Ste. 400
New York, NY 10038
Tel:  (877) 773-5469
Fax:  (212) 202-6364

Clifford Cantor
LAW OFFICES OF
   CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel:  (425) 868-7813
Fax:  (425) 868-7870

*Co-Lead Counsel for Plaintiffs*

\*   \*   \*   \*   \*

### Attestation Pursuant To General Order 45

I, Howard Holderness, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 2d day of November, 2006 at San Francisco, California.

_____/s/_____Howard Holderness_____

- 3 -

CORRECTED STIPULATION AND [PROPOSED] ORDER RE SCHEDULING

## ORDER

Pursuant to Stipulation, **IT IS ORDERED** that all deadlines in this litigation shall be extended by an additional 45 days.  The Case Management Conference heretofore scheduled for November 22, 2006, is continued to ___January 10, 2007___ at __2:30 p__.m.

Dated:__November 3, 2006__, 2006

_____
Hon. Richard Seeborg
United States Magistrate Judge

- 4 -