1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   ALAN R. PLUTZIK
2  2125 Oak Grove Road, Suite 120
   Walnut Creek, CA 94598
   Telephone: (925) 945-0200
3  Facsimile: (925) 945-8792          *E-FILED 12/21/06*

4  *Co-Liaison Counsel for Plaintiffs*

5  [Other counsel for the parties
   listed on signature pages]

6
                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION
8

9                                          Case No. C 06-1221-RS
   IN RE HEWLETT-PACKARD POWER
   CONNECTOR LITIGATION                    **CORRECTED STIPULATION AND**
10                                         **[PROPOSED] ORDER RE: SCHEDULING**

11
                           **STIPULATION**
12
         Plaintiffs and Defendants submit the following stipulation requesting an extension of all
13
   deadlines in this litigation, as set forth below.
14
         WHEREAS, on April 25, 2006, the Court entered a Case Management Order 1 ("CMO1")
15
   providing that a consolidated complaint be filed within 40 days thereof; and

16       WHEREAS, on June 13, 2006, the Court entered an Order extending the deadline to file a
   consolidated complaint up to an including July 24, 2006; and

17       WHEREAS, on July 17, 2006, the Court entered an Order extending all deadlines in the
18 litigation for an additional 30 days; and

19       WHEREAS, on August 18, 2006, the Court entered an Order extending all deadlines in the
   litigation for an additional thirty days, as a result of which the filing of the Consolidated Amended
20 Complaint would be due on September 22, 2006; and

21       WHEREAS, on September 26, 2006, the Court entered an Order extending all deadlines in the
22 litigation for an additional forty-five days, as a result of which the filing of the Consolidated Amended

1  Complaint would be due on November 6, 2006, and setting a Case Management Conference for
2  November 22, 2006; and
3      WHEREAS, on November 3, 2006, the Court entered an Order extending all deadlines in the
4  litigation for an additional forty-five days, as a result of which the filing of the Consolidated Amended
   Complaint would be due on December 21, 2006, and setting a Case Management Conference for
5  January 10, 2007; and
6      WHEREAS, counsel for the respective parties have conferred over various procedural and
7  discovery issues and agree that it is in the best interest of the respective parties, and in the interest of the
8  fair administration of justice, efficiency and judicial economy that all deadlines in the litigation be
   extended for an additional 45 days; and good cause appearing therefor,
9  **The PARTIES, through their counsel, STIPULATE as follows:**
10  1.    That all deadlines in this litigation shall be extended by an additional 45 days; and
11  2.    That the Case Management Conference heretofore scheduled for January 10, 2007 be
12  rescheduled.
    DATED: December 20, 2006
13  **IT IS SO STIPULATED.**
14

| *Defendants* | *Plaintiffs* |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | BRAMSON, PLUTZIK, MAHLER<br>& BIRKHAEUSER LLP |
| By: /s/ Howard Holderness<br>    Howard Holderness<br>    Thomas R. Green<br>One Market Plaza<br>Spear Street Tower<br>San Francisco, CA 94105<br>Tel: (415) 442-1000<br>Fax: (415) 442-1001 | By: /s/    Alan R. Plutzik<br>    Alan R. Plutzik<br>2125 Oak Grove Rd., Ste. 120<br>Walnut Creek, CA 94598<br>Tel: (925) 945-0200<br>Fax: (925) 945-8792 |
| Michael J. Holston<br>John F. Schultz<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market St.<br>Philadelphia, PA 19103 | Thomas D. Mauriello<br>LAW OFFICES OF<br>    THOMAS D. MAURIELLO<br>100 Pine Street, Suite 3200<br>San Francisco, CA 94111 |

| | |
|---|---|
| Tel: (215) 963-5385<br>Fax: (215) 963-5001 | Tel: (415) 677-1238<br>Fax: (415) 677-1233 |
| *Counsel for Hewlett-Packard Company* | *Co-Liaison Counsel for Plaintiffs* |

Nadeem Faruqi
Antonio Vozzolo
FARUQI & FARUQI
320 East 39th St.
New York, NY 10016
Tel: (212) 983-9330
Fax: (212) 983-9331

Scott Kamber
KAMBER & ASSOCIATES, LLC
19 Fulton St., Ste. 400
New York, NY 10038
Tel: (877) 773-5469
Fax: (212) 202-6364

Clifford Cantor
LAW OFFICES OF
  CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813
Fax: (425) 868-7870

*Co-Lead Counsel for Plaintiffs*

\* \* \* \* \*

### Attestation Pursuant To General Order 45

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of December, 2006 at San Francisco, California.

/s/    Alan R. Plutzik

**ORDER**

Pursuant to Stipulation, **IT IS ORDERED** that all deadlines in this litigation shall be extended by an additional 45 days. The Case Management Conference heretofore scheduled for January 10, 2007, is continued to February 28, 2007 at 2:30 p.m.

Dated: December 21, 2006

_____
Hon. Richard Seeborg
United States Magistrate Judge

CORRECTED STIPULATION AND [PROPOSED] ORDER RE SCHEDULING