BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

*Co-Liaison Counsel for Plaintiffs*

[Other counsel for the parties
listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HEWLETT-PACKARD POWER CONNECTOR LITIGATION, | Case No. C 06-1221-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING** |

## **STIPULATION**

Plaintiffs and Defendants submit the following stipulation requesting an extension of all deadlines in this litigation, as set forth below.

WHEREAS, on April 25, 2006, the Court entered a Case Management Order 1 ("CMO1") providing that a consolidated complaint be filed within 40 days thereof; and

WHEREAS, on June 13, 2006, the Court entered an Order extending the deadline to file a consolidated complaint up to an including July 24, 2006; and

WHEREAS, on July 17, 2006, the Court entered an Order extending all deadlines in the litigation for an additional 30 days; and

WHEREAS, on August 18, 2006, the Court entered an Order extending all deadlines in the litigation for an additional thirty days, as a result of which the filing of the Consolidated Amended Complaint would be due on September 22, 2006; and

1     WHEREAS, on September 26, 2006, the Court entered an Order extending all deadlines in

2 the litigation for an additional forty-five days, as a result of which the filing of the Consolidated

3 Amended Complaint would be due on November 6, 2006, and setting a Case Management

4 Conference for November 22, 2006; and

5     WHEREAS, on November 3, 2006, the Court entered an Order extending all deadlines in

6 the litigation for an additional forty-five days, as a result of which the filing of the Consolidated

7 Amended Complaint would be due on December 21, 2006, and setting a Case Management

8 Conference for January 10, 2007; and

9     WHEREAS, on December 21, 2006, the Court entered an Order extending all deadlines in

10 the litigation for an additional forty-five days, and setting a Case Management Conference for

11 February 28, 2007; and

12     WHEREAS, on January 23, 2007, the Court entered an Order continuing the Case

13 Management Conference to March 7, 2007, at 2:30 p.m.; and

14     WHEREAS, counsel for the respective parties have conferred over various procedural and

15 discovery issues and agree that it is in the best interest of the respective parties, and in the interest

16 of the fair administration of justice, efficiency and judicial economy that all deadlines in the

17 litigation be extended for an additional 45 days; and good cause appearing therefor,

18     The PARTIES, through their counsel, STIPULATE as follows:

19     1.    That all deadlines in this litigation shall be extended by an additional 45 days; and

20     2.    That the Case Management Conference heretofore scheduled for March 7, 2007 be

21 rescheduled.

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING     1
CASE NO. C 06-1221-RS
50138

| | |
|---|---|
| 1 | DATED: February 5, 2007 |
| 2 | **IT IS SO STIPULATED.** |
| 3 | *Defendants*                                      *Plaintiffs* |

| Defendants | Plaintiffs |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP |
| By: /s/ Howard Holderness | By: /s/   Alan R. Plutzik |
| Howard Holderness | Alan R. Plutzik |
| Thomas R. Green | 2125 Oak Grove Rd., Ste. 120 |
| One Market Plaza | Walnut Creek, CA 94598 |
| Spear Street Tower | Tel: (925) 945-0200 |
| San Francisco, CA 94105 | Fax: (925) 945-8792 |
| Tel: (415) 442-1000 | |
| Fax: (415) 442-1001 | |
| | |
| Michael J. Holston | Thomas D. Mauriello |
| John F. Schultz | LAW OFFICES OF |
| MORGAN, LEWIS & BOCKIUS LLP | THOMAS D. MAURIELLO |
| 1701 Market St. | 100 Pine Street, Suite 3200 |
| Philadelphia, PA 19103 | San Francisco, CA 94111 |
| Tel: (215) 963-5385 | Tel: (415) 677-1238 |
| Fax: (215) 963-5001 | Fax: (415) 677-1233 |
| | |
| *Counsel for Hewlett-Packard Company* | *Co-Liaison Counsel for Plaintiffs* |
| | |
| | Nadeem Faruqi |
| | Antonio Vozzolo |
| | FARUQI & FARUQI |
| | 320 East 39th St. |
| | New York, NY 10016 |
| | Tel: (212) 983-9330 |
| | Fax: (212) 983-9331 |
| | |
| | Scott Kamber |
| | KAMBER & ASSOCIATES, LLC |
| | 19 Fulton St., Ste. 400 |
| | New York, NY 10038 |
| | Tel: (877) 773-5469 |
| | Fax: (212) 202-6364 |

Clifford Cantor
LAW OFFICES OF
  CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813
Fax: (425) 868-7870

*Co-Lead Counsel for Plaintiffs*

\* \* \* \* \*

### Attestation Pursuant To General Order 45

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of February, 2007 at Walnut Creek, California.

/s/    Alan R. Plutzik

### ORDER

Pursuant to Stipulation, **IT IS ORDERED** that all deadlines in this litigation shall be extended by an additional 45 days. The Case Management Conference heretofore scheduled for March 7, 2007, is continued to April 11, 2007 at 2:30 p.m.

No further applications for extension of time will be entertained without a showing of good cause.

Dated: February 8, 2007

Hon. Richard Seeborg
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING                                                                    3
CASE NO. C 06-1221-RS
50138