1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (Bar No. 077785)
2  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94598
3  Telephone: (925) 945-0200                    *E-FILED 4/5/07*
   Facsimile:  (925) 945-8792
4
   *Co-Liaison Counsel for Plaintiffs*
5
   [Other counsel for the parties
6  listed on signature pages]

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11                                          Case No. C 06-1221-RS

12  IN RE HEWLETT-PACKARD POWER              STIPULATION AND [PROPOSED]
    CONNECTOR LITIGATION,                    ORDER RE: SCHEDULING
13

14

15                    **STIPULATION**

16      Plaintiffs and Defendants submit the following stipulation requesting an extension of all

17  deadlines in this litigation, as set forth below.

18      WHEREAS, on April 25, 2006, the Court entered a Case Management Order 1 ("CMO1")

19  providing that a consolidated complaint be filed within 40 days thereof; and

20      WHEREAS, on June 13, 2006, the Court entered an Order extending the deadline to file a

21  consolidated complaint up to an including July 24, 2006; and

22      WHEREAS, on July 17, 2006, the Court entered an Order extending all deadlines in the

23  litigation for an additional 30 days; and

24      WHEREAS, on August 18, 2006, the Court entered an Order extending all deadlines in the

25  litigation for an additional thirty days, as a result of which the filing of the Consolidated Amended

26  Complaint would be due on September 22, 2006; and

27

28

1   WHEREAS, on September 26, 2006, the Court entered an Order extending all deadlines in the litigation for an additional forty-five days, as a result of which the filing of the Consolidated Amended Complaint would be due on November 6, 2006, and setting a Case Management Conference for November 22, 2006; and

WHEREAS, on November 3, 2006, the Court entered an Order extending all deadlines in the litigation for an additional forty-five days, as a result of which the filing of the Consolidated Amended Complaint would be due on December 21, 2006, and setting a Case Management Conference for January 10, 2007; and

WHEREAS, on December 21, 2006, the Court entered an Order extending all deadlines in the litigation for an additional forty-five days, and setting a Case Management Conference for February 28, 2007; and

WHEREAS, on January 23, 2007, the Court entered an Order continuing the Case Management Conference to March 7, 2007, at 2:30 p.m.; and

WHEREAS, on February 8, 2007, the Court entered an Order continuing all deadlines in the case for 45 days, which resulted in the Consolidated Amended Complaint being due on April 16, 2007, and continuing the Case Management Conference to April 11, 2007, at 2:30 p.m.; and

WHEREAS, counsel for the respective parties have conferred over various procedural and discovery issues and agree that it is in the best interest of the respective parties, and in the interest of the fair administration of justice, efficiency and judicial economy that all deadlines in the litigation be extended for an additional 15 days; and good cause appearing therefor,

The PARTIES, through their counsel, STIPULATE as follows:

1. That all deadlines in this litigation shall be extended by an additional 15 days; and

2. That the Case Management Conference heretofore scheduled for April 11, 2007 be rescheduled.

|     |     |     |
| --- | --- | --- |
| 1   | DATED: April 4, 2007 |     |
| 2   | **IT IS SO STIPULATED.** |     |
| 3   | *Defendants* | *Plaintiffs* |
| 4   | MORGAN, LEWIS & BOCKIUS LLP | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP |
| 5   | By: /s/ Howard Holderness |     |
| 6   | Howard Holderness<br>Thomas R. Green | By: /s/   Alan R. Plutzik<br>Alan R. Plutzik |
| 7   | One Market Plaza<br>Spear Street Tower | 2125 Oak Grove Rd., Ste. 120<br>Walnut Creek, CA 94598 |
| 8   | San Francisco, CA 94105<br>Tel: (415) 442-1000 | Tel: (925) 945-0200<br>Fax: (925) 945-8792 |
| 9   | Fax: (415) 442-1001 |     |
| 10  | Michael J. Holston | Thomas D. Mauriello |
| 11  | John F. Schultz<br>MORGAN, LEWIS & BOCKIUS LLP | LAW OFFICES OF<br>THOMAS D. MAURIELLO |
| 12  | 1701 Market St.<br>Philadelphia, PA 19103 | 100 Pine Street, Suite 3200<br>San Francisco, CA 94111 |
| 13  | Tel: (215) 963-5385<br>Fax: (215) 963-5001 | Tel: (415) 677-1238<br>Fax: (415) 677-1233 |
| 14  |     |     |
| 15  | *Counsel for Hewlett-Packard Company* | *Co-Liaison Counsel for Plaintiffs* |
| 16  |     | Nadeem Faruqi |
| 17  |     | Antonio Vozzolo<br>FARUQI & FARUQI |
| 18  |     | 320 East 39th St. |
| 19  |     | New York, NY 10016<br>Tel: (212) 983-9330 |
| 20  |     | Fax: (212) 983-9331 |
| 21  |     | Scott Kamber |
| 22  |     | KAMBER & ASSOCIATES, LLC<br>19 Fulton St., Ste. 400 |
| 23  |     | New York, NY 10038<br>Tel: (877) 773-5469 |
| 24  |     | Fax: (212) 202-6364 |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING
CASE NO. C 06-1221-RS
50702

2

Clifford Cantor
LAW OFFICES OF
  CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813
Fax: (425) 868-7870

*Co-Lead Counsel for Plaintiffs*

\* \* \* \* \*

### Attestation Pursuant To General Order 45

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of April, 2007 at Walnut Creek, California.

    /s/    Alan R. Plutzik

### ORDER

Pursuant to Stipulation, **IT IS ORDERED** that all deadlines in this litigation shall be extended by an additional 15 days. The Case Management Conference heretofore scheduled for April 11, 2007, is continued to May 9, 2007 at 2:30 p.m.

Dated: April 4, 2007, 2007

    /s/ Richard Seeborg
Hon. Richard Seeborg
United States Magistrate Judge