JENELLE WELLING (SBN 209480)
CHARLES D. MARSHALL (SBN 23644)
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Tel: 415.477.6700; Fax: 415.477.6710
cand.uscourts@classcounsel.com

*Counsel for Plaintiffs in No. 06-2254 (RMW)*

ALAN R. PLUTZIK (SBN 077785)
BRAMSON, PLUTZIK, MAHLER
 & BIRKHAEUSER, LLP
2125 Oak Grove Rd., Suite 120
Walnut Creek, CA 94598
Tel: 925-945-0200; Fax: 925-945-8792
aplutzik@bramsonplutzik.com

*One of Counsel for Plaintiffs in No. 06-1221 (RS)*
[Other counsel for pltfs listed on signature page]

HOWARD HOLDERNESS (SBN 169814)
THOMAS R. GREEN (SBN 203480)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415-442-1000; Fax: 415-442-1001
tgreen@morganlewis.com
hholderness@morganlewis.com

JOHN F. SCHULTZ (*pro hac vice*)
BARRY L. McCOY (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215-963-5000; Fax: 215-963-5001
john.schultz@morganlewis.com
bmccoy@morganlewis.com

*Counsel for Defendant Hewlett-Packard Company in Nos. 06-1221 (RS) and 06-2254 (RMW)*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION          *E-FILED - 10/18/07*

| | |
|---|---|
| MICHAEL BROTHERS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 06-2254 (RMW)<br><br>**STIPULATION AND [Proposed] ORDER TO SHORTEN TIME FOR HEARING ON UNOPPOSED MOTION FOR CONSOLIDATION OF LAWSUITS AND PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| IN RE: HP POWER PLUG LITIGATION | Case No. 06-1221 (RS) |

WHEREAS the parties and their counsel in each of above-captioned two cases, *In re Hewlett-Packard Co. Power Plug Litig.*, No. 06-1221 (RS) (the "Power-Plug Lawsuit") and *Brothers et al. v. Hewlett-Packard Co.*, No. 06-2254 (RMW) (the "Brothers Lawsuit"), have entered into a Stipulation of Settlement detailing a proposed settlement (the "Settlement") that covers both cases; and

WHEREAS the Power-Plug Lawsuit and the Brothers Lawsuit are pending before two different judges; and

WHEREAS as part of the preliminary approval process the parties intend to stipulate, subject to the approval of the Courts, to consolidate the actions before the Honorable Judge Whyte because the parties agree it would enhance judicial efficiency if all proceedings pertaining to the Settlement were to occur under the auspices of a single judge;

WHEREAS, the Plaintiffs intend to file, no later than October 22, 2007, an unopposed Motion for Consolidation, Preliminary Approval of Class Settlement, Conditionally Certifying a Settlement Class, Approving Notice of Settlement of Class Action, and Scheduling Fairness Hearing ("Motion for Preliminary Approval");

WHEREAS the parties stipulate, subject to approval of the Honorable Judge Whyte, to a hearing date for the Motion for Preliminary Approval of October 26, 2007; and

WHEREAS, the parties agree that the Motion for Preliminary Approval should be heard on a shortened time as provided by Local Civil Rule 6-2, because (a) the motion is unopposed; and (b) shortening the time to hear this motion will accelerate the ultimate resolution of this case and relief to the Class.

THEREFORE, the parties to the Power-Plug Lawsuit and the Brothers Lawsuit stipulate as follows and request that the Honorable Judge Whyte subsequently enter an order shortening time to hear the Motion for Preliminary Approval:

The unopposed Motion for Preliminary Approval shall be heard on October 26, 2007 at 9:00 a.m. in Courtroom 6.

| | |
|---|---|
| Dated October 16, 2007. | |
| GREEN WELLING LLP | MORGAN, LEWIS & BOCKIUS LLP |
| By: /s/ Jenelle Welling<br>　　Jenelle Welling (SBN 209480)<br>　　Charles D. Marshall (SBN 23644) | By: /s/ Barry L. McCoy<br>　　Barry L. McCoy (*pro hac vice*) |
| *Counsel for Plaintiffs in No. 06-2254 (RMW)* | *Counsel for Defendant Hewlett-Packard Company in Nos. 06-1221 (RS) and 06-2254 (RMW)* |

\*　\*　\*

BRAMSON, PLUTZIK, MAHLER
　& BIRKHAEUSER, LLP


By: /s/ Alan R. Plutzik
　　Alan R. Plutzik (SBN 077785)

Thomas D. Mauriello (SBN 144811)
LAW OFFICES OF THOMAS D. MAURIELLO

*Co-Liaison Counsel for Pltfs in No. 06-1221 (RS)*

Nadeem Faruqi
Antonio Vozzolo
FARUQI & FARUQI LLP

Scott Kamber
KAMBER & ASSOCIATES, LLC

Clifford Cantor
LAW OFFICES OF
　CLIFFORD A. CANTOR, P.C.

*Co-Lead Counsel for Pltfs in No. 06-1221 (RS)*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of October, 2007 at Walnut Creek, California.

                                              /s/ Alan R. Plutzik
                                              Alan R. Plutzik

1  [~~Proposed~~] ORDER SHORTENING TIME

2  IT IS SO ORDERED.

3  Dated  10/18       , 2007.

*Ronald M. Whyte*
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE