HOWARD HOLDERNESS (SBN 169814)
THOMAS R. GREEN (SBN 203480)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000; Fax: 415.442.1001
hholderness@morganlewis.com
tgreen@morganlewis.com

JOHN F. SCHULTZ (*PRO HAC VICE*)
BARRY L. McCOY (*PRO HAC VICE*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000; Fax: 215.963.5001
john.schultz@morganlewis.com
bmccoy@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

ANTONIO VOZZOLO
FARUQI & FARUQI LLP
369 Lexington Ave., 10th Floor
New York, NY 10016
Tel: 212.983.9330; Fax: 212.983.9331
avozzolo@faruqilaw.com

JENELLE WELLING (SBN 209480)
CHARLES D. MARSHALL (SBN 23644)
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Tel: 415.477.6700; Fax: 415.477.6710
cand.uscourts@classcounsel.com

Attorneys for Plaintiffs

[*Other Counsel for Plaintiffs Are Listed
On The Signature Page of Stipulation of Settlement*]

*E-FILED - 11/14/07*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: HP Power Plug and Graphic Card Litigation | Case No. 06-2254 (RMW) |

[xxxxxxxxxxxxx] **ORDER MODIFYING THE COURT'S OCTOBER 31, 2007 PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

WHEREAS, on October 31, 2007, the Court entered an Order ("Preliminary Approval Order") granting preliminary approval of the Class Action Settlement, provisionally certifying a nationwide settlement class, and approving the procedure for and forms of notice, and scheduling a fairness hearing;

WHEREAS, the Preliminary Approval Order specifies in Paragraph 10 that Summary Notice is to be published in *USA Today* and *PC Magazine*, in addition to direct e-mail and/or mail notice;

WHEREAS, the Summary Notice will be published in USA Today next week;

WHEREAS, the Parties agree that the first available distribution date for *PC Magazine*,

1  *which* would allow for publication of the Summary Notice on December 25, 2007, is too close to
2  the objection and exclusion deadline of December 31, 2007;

3  WHEREAS, the Parties have agreed that U.S. News and World Report Magazine is an
4  adequate and appropriate alternative publication in which to publish the Summary Notice and that
5  the distribution date of either December 3 or December 10 will afford Class Members an
6  adequate period of time in which to exclude themselves or object;

7  NOW THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of
8  record, hereby: (a) STIPULATE and AGREE to amend the Stipulation of Settlement such that
9  Summary Notice may be published in U.S. News and World Report and will not be published in
10 *PC Magazine*; and (b) request that the Court sign the Proposed Order below approving this
11 change to the Stipulation of Settlement and modifying the Preliminary Approval Order
12 accordingly.

Dated: November 8, 2007

Respectfully submitted,

GREEN WELLING

By: /s/ Charles D. Marshall
Charles D. Marshall
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: 415.477.6700
Facsimile: 415.477.6710
E-mail: cand.uscourts.classcounsel.com

FARUQI & FARUQI LLP

By: /s/ Anthony Vozzolo
Anthony Vozzolo
369 Lexington Ave., 10th Floor
New York, NY 10016
Telephone: 212.983.9330
Facsimile 212.983.9331
E-mail: avozzolo@faruqilaw.com

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Barry L. McCoy
Barry L. McCoy (*pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: bmccoy@morganlewis.com

*Attorneys for Defendant*

[xxxxxxxxxxxxx] **ORDER**

IT IS HEREBY ORDERED that the October 31, 2007 Preliminary Approval Order is hereby modified to permit Summary Notice to be published in U.S. News and World Report.

Dated: November 14 , 2007

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge